| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>NORRIS, McLAUGHLIN & MARCUS, PA<br>Proposed Attorneys for the Debtor/Debtor-In-Possession<br>721 Route 202-206 North<br>Bridgewater, New Jersey 08807<br>(908) 722-0700 | |
|---|---|
| In Re:<br><br>FRITZE LLC,<br>A Delaware Limited Liability Company,<br><br>Debtor. | Chapter 11<br><br>Case No. 07-19059 (DHS)<br><br>Judge: Hon. Donald H. Steckroth |

| Recommended Local Form: | ☒ Followed   ☐ Modified |
|---|---|

**CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)**

I have complied with D.N.J. LBR 2014-1(a) by on July 3, 2007 either mailing or providing electronic service of a copy of the Norris McLaughlin & Marcus, PA retention application to any of the following who did not receive electronic notice from the Court: the United States Trustee, the Trustee (as applicable), the secured creditors, the Official Committees (as applicable), and others requesting notice.

The parties listed below were served by electronic mail via the court's Electronic Case Filing System:    See Attached.

The parties, whose names and addresses are listed below were served by regular mail, postage prepaid, within one (1) day after filing with the Court. (please attach separate sheet if necessary).    See Attached.

A courtesy copy was also served on the Debtor's 20 largest unsecured creditors via electronic mail or first class mail.

Date: July 3, 2007                                                    Signed: /s/ Melissa A. Peña

**Fritze LLC
Bankruptcy Case No. 07-19059 (DHS)
<u>SERVICE LIST</u>**

United States Trustee
Attn: Donald J. MacMaster, Esq.
Suite 2100
One Newark Center
Newark, NJ 07102
973-645-3014
Fax: 973-645-5993
Email: <u>Donald.f.macmaster@usdoj.gov</u>
**VIA ECF**

Wollmuth Maher & Deutsch, LLP
Attn: James Lawlor, Esq.
Attorneys for Fritze Keyspan, LLC
One Gateway Center
Newark, New Jersey 07102
Email: <u>jlawlor@wmd-law.com</u>
**VIA ECF**

Prestige Capital Corporation
Attn: Maureen O'Sullivan
400 Kalby Street, 14th Floor
Fort Lee, New Jersey 07024
E-mail: <u>mosullivan@prestigecapital.com</u>
***Via First Class Mail and Email***

Radius Management LP
Attn:  Stuart Jamieson
26 Surf Road
Westport, Connecticut 06880
Email: <u>stuart@radiuspartnersllc.com</u>
***Via First Class Mail and Email***

**Fritze LLC**
**Bankruptcy Case No. 07-19059 (DHS)**
<u>**SERVICE LIST**</u>

### Debtor's 20 Largest Unsecured Creditors

Keyspan Energy Solutions LLC
Attn: Gina Cavanaugh
1 Chapin Road
Pine Brook, New Jersey 07058-9719
973-439-4762
Email: gcavanaugh@keyspanservices.com
(cc to: cmoore@keyspanservices.com)
*Via Email*

Lennox Industries, Inc.
Attn: Kim Reeve
P.O. Box 910549
Dallas, TX 75391-0549
877-328-3226
Email: kim.reeves@lennoxind.com
*Via Email*

Fedders Islandaire Inc.
Attn: Judy Palmer
22 Research Way
East Setauket, NY 11733-3453
800-886-2759    Ext. 155
Email: jpalmer@islandaire.com
*Via Email*

Herrick Feinstein LLP
Attn: Paul Schafhauser, Esq.
One Gateway Center
Newark, NJ 07102
973-274-2098
Email: pschafhauser@herrick.com
*Via Email*

Crowe Chizek & Co LLC
Attn: Jon Zeiler
P.O. Box 3697
Hinsdale, IL 60522-3697
630-575-4237
Email: jzeiler@crowechizek.com
*Via Email*

McElroy, Deutsch, Mulvaney & Carpenter LLP
Attn: Mark Rosen, Esq.
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
973-993-8100
Email: mrosen@mdmc-law.com
*Via Email*

Aaron & Company
Attn: Victor DeRosa
30 Turner Place
Piscataway, NJ 08854
800-227-6677
Email: vderosa@aaronco.com
*Via Email*

Universal Supply Group
Attn: Janet
275 Wagaraw Road
Hawthorne, NJ 07506
973-427-3320
Email: jdecker@usginc.com
*Via Email*

**Fritze LLC**
**Bankruptcy Case No. 07-19059 (DHS)**
**SERVICE LIST**

S. Franklin & Sons, Inc.
Attn: Bill "Pidgeon" Pillion
11 Gloria Lane
Fairfield, NJ 07004-3357
973-227-2500
Fax: 973-808-9304
Website: www.sfranklin.com
(alternate contact: Arthur Franklin:
arthurnecc1@sfranklin.com)
*Via Email*

Iron Mountain Off-Site
Attn: Tom Wuensch
207 Moonachie Road
Moonachie, NJ 07074
201-727-4828
Email:
maria.rodriguez@ironmountain.com
(cc: parker.corwin@ironmountain.com,
david.krendel@ironmountain.com)
*Via Email*

SMW National Benefit Fund
Attn: Walter Shaw
601 North Fairfax Street
Alexandria, VA 22314
703-739-7000 ext. 7017
Email: wshaw@smwnpf.org
*Via Email*

Airside Inc.
Attn: Georgellen or Mario
93 Stickles Pond Road
Newton, NJ 07860
973-579-5492
Email: mario@airside.org
*Via Email*

Verizon Communications
Attn: Customer Service/Finance
Department
P.O. Box 4833
Trenton, NJ 08650-4833
800-287-9933
*Via First Class Mail*

United Supply
Attn: Valerie (Credit Manager)
457 West End Ave. & Route 22 West
North Plainfield, NJ 07061
908-757-3232
Fax: 908-757-1980
*Via First Class Mail*

Danka Office Imaging
Attn: Mike Reardon
39 Route 46 East
Pine Brook, NJ 07058
973-439-2038
Email: michael_reardon@danka.com
(cc: linda_narffie@danka.com )
*Via Email*

Proformance Sheet Metal
Attn: Gerry Adessa
1 Chapin Road
Pine Brook, NJ 07058
973-487-4870 ext. 203
Email:
gadessa@proformancesheetmetal.com
*Via Email*

Trane Company
Attn: Bob Roers, Legal Case Manager
3600 Pammel Creek Road
La Crosse, WI 54601-7599
608-787-2000
Email: broers@trane.com
*Via Email*

**Fritze LLC**
**Bankruptcy Case No. 07-19059 (DHS)**
<u>**SERVICE LIST**</u>

RAR Corporation
Attn: Joseph Romola
62 A. Old Bloomfield Avenue
P.O. Box 394
Pine Brook, NJ 07058
973-575-3424
Email: joe.romola@gmail.com
*Via Email*

Daily Record
Attn: Melanie Altz
800 Jefferson Road
Parsippany, NJ 07054
732-643-3387
Fax: 732-643-3318
Email: maltz@app.com
*Via Email*

Jersey Shore Mechanical
Attn: Lori Koch, Collections
P.O. Box 642444
Pittsburgh, PA 15264-2444
888-652-2281
Website: www.service.leasingsource.com
Email: service@leasingsource.com
*Via Email*