UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**NORRIS, McLAUGHLIN & MARCUS, PA**
Attorneys for the Debtor/Debtor-In-Possession
721 Route 202-206 North
Bridgewater, New Jersey 08807
(908) 722-0700

In Re:

FRITZE LLC,
A Delaware Limited Liability Company,

     Debtor.

Chapter 11

Case No. 07-19059 (DHS)

Honorable Donald H. Steckroth

## CERTIFICATION OF SERVICE

Morris S. Bauer, Esq. of full age, hereby certifies and says:

1. I am an attorney-at-law in the State of New Jersey and a member of the firm of Norris McLaughlin & Marcus, PA, counsel for Fritze LLC (the "Debtor").

2. On May 16, 2008, I caused to be served via electronic notice or first class mail, a true and correct copy of the Final Fee Application for the period of October 1, 2007 through March 31, 2008 for Norris, McLaughlin & Marcus, PA, counsel to the Debtor, on all individuals on the Service List attached hereto as Exhibit "A".

I hereby certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

Dated: May 16, 2008    BY: /s/ Morris S. Bauer
                Morris S. Bauer

# EXHIBIT A

**Fritze LLC**
**Bankruptcy Case No. 07-19059 (DHS)**
**SERVICE LIST**

United States Trustee
Attn: Donald J. MacMaster, Esq.
Suite 2100
One Newark Center
Newark, NJ 07102
Email: Donald.f.macmaster@usdoj.gov
Via Electronic Filing

Radius Management LP
Attn: Stuart Jamieson
26 Surf Road
Westport, Connecticut 06880
Email: stuart@radiuspartnersllc.com
Via Email

Fritze LLC
Attn:  Richard Izzi
       Anthony Navitsky
1 Chapin Road
Pine Brook, NJ 07058
Email: rich@raduispartnersllc.com
       tony@raduispartnersllc.com
Via Email

Paul A. Alongi, Esq.
Alongi & Associates, LLC
Attorney for Pro-Formance Sheet Metal LLC
119 Littleton Road
Parsippany, New Jersey 07054
Email: paa@alongilaw.com
Via Electronic Filing

John M. August, Esq.
Herrick Feinstein LLP
One Gateway Center, 22nd Floor
Newark, New Jersey 07102
E-mail: jaugust@herrick.com
Via Electronic Filing

Wollmuth Maher & Deutsch, LLP
Attn:  James N. Lawlor, Esq.
       George Benaur, Esq.
Attorneys for Fritze Keyspan, LLC
One Gateway Center – 9th Floor
Newark, New Jersey 07102
Email: jlawlor@wmd-law.com
Email: gbenaur@wmd-law.com
Via Electronic Filing

Lisa S. Bonsall
McCarter & English
Attorneys for Phelps Dodge High Performance Conductors of New Jersey
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Email: lbonsall@mccarter.com
Via Electronic Filing

Shanna M. Cramer, Esq.
Jennings and Sigmond, P.C.
Attorneys for Pension Fund
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
Email: scramer@jslex.com
Via Electronic Filing

David R. Lyons, Esq.
Lyons, Doughty & Veldhuis
Attorneys for GMAC
136 Gaither Drive, Suite 100
Mt. Laurel, New Jersey 08054
Via Electronic Filing

**Fritze LLC**
**Bankruptcy Case No. 07-19059 (DHS)**
**SERVICE LIST**

John S. Mairo
Porzio, Bromberg & Newman, P.C.
Attorneys for M. Gordon Construction
100 Southgate Parkway
Morristown, NJ 07962-1997
973-538-4006
Fax: 973-538-5146
Email: jsmairo@pbnlaw.com
Via Electronic Filing

Mark A. Rosen, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
Special Litigation Counsel for Fritze LLC
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Email: Mrosen@mdmc-law.com
Via Electronic Filing

Gregg Sodini, Esq.
Sodini & Spina, LLC
Attorney for Bank of America
510 Thornall Street
Suite 180
Edison, New Jersey 08837
732-603-8808
Email: gsodini@sodinispina.com
Via Electronic Filing

Gilbert B. Weisman, Esq.
Becket and Lee LLP
Attorneys for American Express Travel
P.O. Box. 3001
Malvern, PA 19355
Email: notices@becket-lee.com
Via Electronic Mail