| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>NORRIS McLAUGHLIN & MARCUS, PA<br>Attorneys for the Debtor/Debtor-In-Possession<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, New Jersey 08876-1018<br>(908) 722-0700 | |
| In Re:<br><br>FRITZE LLC<br>A Delaware Limited Liability Company.<br><br>Debtor. | Chapter 11<br><br>Case No: 07-19059 (DHS)<br><br>Judge Hon. Donald H. Steckroth |

## CERTIFICATE OF SERVICE

Melissa A. Peña, of full age, hereby certifies and says:

1. I am an attorney admitted to practice law in the State of New Jersey and an associate with the law firm Norris, McLaughlin & Marcus, PA, counsel for Fritze LLC, the debtor and debtor-in-possession in the above-captioned action (the "Debtor").

2. I hereby certify that on May 23, 2008, I caused to be served on all parties on the service list attached hereto as Exhibit "A", in the manner set forth on the attached service list, true and accurate copies of the following: (1) the Notice of the Debtor's Verified Motion Seeking the Entry of an Order Expunging the Claims of General Electric Capital Corporation and GMAC Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. 3007; (2) the Verified Motion in Support; and (3) the proposed form of Order.

I hereby certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

Dated: May 23, 2008                                   BY:    /s/ Melissa A. Peña
                                                                     MELISSA A. PENA

# EXHIBIT A

**Fritze LLC**
**Bankruptcy Case No. 07-19059 (DHS)**
**SERVICE LIST**

United States Trustee
Attn: Donald J. MacMaster, Esq.
Suite 2100
One Newark Center
Newark, NJ 07102
Email: Donald.f.macmaster@usdoj.gov
Via Electronic Filing

Radius Management LP
Attn: Stuart Jamieson
26 Surf Road
Westport, Connecticut 06880
Email: stuart@radiuspartnersllc.com
Via Email

Fritze LLC
Attn:   Richard Izzi
        Anthony Navitsky
1 Chapin Road
Pine Brook, NJ 07058
Email: rich@raduispartnersllc.com
       tony@raduispartnersllc.com
Via Email

Paul A. Alongi, Esq.
Alongi & Associates, LLC
Attorney for Pro-Formance Sheet Metal LLC
119 Littleton Road
Parsippany, New Jersey 07054
Email: paa@alongilaw.com
Via Electronic Filing

John M. August, Esq.
Herrick Feinstein LLP
One Gateway Center, 22nd Floor
Newark, New Jersey 07102
E-mail: jaugust@herrick.com
Via Electronic Filing

Wollmuth Maher & Deutsch, LLP
Attn:   James N. Lawlor, Esq.
        George Benaur, Esq.
Attorneys for Fritze Keyspan, LLC
One Gateway Center – 9th Floor
Newark, New Jersey 07102
Email: jlawlor@wmd-law.com
Email: gbenaur@wmd-law.com
Via Electronic Filing

Lisa S. Bonsall
McCarter & English
Attorneys for Phelps Dodge High Performance Conductors of New Jersey
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Email: lbonsall@mccarter.com
Via Electronic Filing

Shanna M. Cramer, Esq.
Jennings and Sigmond, P.C.
Attorneys for Pension Fund
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
Email: scramer@jslex.com
Via Electronic Filing

General Electric Capital Corporation
1010 Thomas Boulevard, SW
Cedar Rapids, IA 52404
Via First Class Mail

David R. Lyons, Esq.
Lyons, Doughty & Veldhuis
Attorneys for GMAC
136 Gaither Drive, Suite 100
Mt. Laurel, New Jersey 08054
Email: davidl@ldvlaw.com
Via Electronic Filing and First Class Mail

**Fritze LLC
Bankruptcy Case No. 07-19059 (DHS)
SERVICE LIST**

John S. Mairo
Porzio, Bromberg & Newman, P.C.
Attorneys for M. Gordon Construction
100 Southgate Parkway
Morristown, NJ 07962-1997
973-538-4006
Fax: 973-538-5146
Email: jsmairo@pbnlaw.com
Via Electronic Filing

Mark A. Rosen, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
Special Litigation Counsel for Fritze LLC
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Email: Mrosen@mdmc-law.com
Via Electronic Filing

Gregg Sodini, Esq.
Sodini & Spina, LLC
Attorney for Bank of America
510 Thornall Street
Suite 180
Edison, New Jersey 08837
732-603-8808
Email: gsodini@sodinispina.com
Via Electronic Filing

Gilbert B. Weisman, Esq.
Becket and Lee LLP
Attorneys for American Express Travel
P.O. Box. 3001
Malvern, PA 19355
Email: notices@becket-lee.com
Via Electronic Mail