| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>NORRIS, McLAUGHLIN & MARCUS, PA<br>Attorneys for the Debtor/Debtor-In-Possession<br>721 Route 202-206 North<br>Bridgewater, New Jersey 08807<br>(908) 722-0700 | |
| In Re:<br><br>FRITZE LLC,<br>A Delaware Limited Liability Company,<br><br>                                Debtor. | Chapter 11<br><br>Case No. 07-19059 (DHS)<br><br>Judge: Hon. Donald H. Steckroth |

FILED JAMES J. WALDRON, CLERK JUL 1 2008 U.S. BANKRUPTCY COURT NEWARK, N.J.

**ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 EXPUNGING CERTAIN CLAIMS**

The relief set forth on the following page(s) numbered two (2) is hereby **ORDERED**.

7-1-08

(Page 2)
Debtor:            FRITZE LLC

Case No.           07-19059 (DHS)

Caption of Order:  ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 EXPUNGING CERTAIN CLAIMS

---

THIS MATTER having been opened to the Court on the Motion of Fritze LLC, the within debtor and debtor-in-possession (the "Debtor"), by and through its attorneys, Norris, McLaughlin & Marcus, PA, for entry of an order expunging the claims filed by General Electric Capital Corporation ("GE") and GMAC against the Debtor's estate pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 (the "Motion"); and due and proper notice of the Motion having been given to all parties entitled to notice; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any; and the Court having heard oral argument; and good and sufficient cause existing for entering the within Order; it is hereby

ORDERED as follows:

1. Claims Nos. 25, 26, 53 and 54 filed by GE are hereby expunged for the reasons set forth in the Debtor's Motion.

2. Claims Nos. 5, 6, 7, 8, 9, 15, 16, 17, 18, 19, and 20 filed by GMAC are hereby expunged for the reasons set forth in the Debtor's Motion.

3. A true copy of this Order shall be served on all parties in interest with five (5) days hereof.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-2          User: zhaywood           Page 1 of 1           Date Rcvd: Jul 01, 2008
Case: 07-19059                Form ID: pdf903          Total Served: 5
```

The following entities were served by first class mail on Jul 03, 2008.
```
db           +Fritze LLC,    1 Chapin Road,    Pine Brook, NJ 07058-9221
aty          +Herrick Feinstein LLP,    2 Park Avenue,    New York, NY 10016-9302
aty          +Mark A. Rosen,    McElroy, Deutsch, Mulvaney & Carpenter,    Three Gateway Center,
               100 Mulberry Street,    Newark, NJ 07102-4056
aty          +McElroy, Deutsch, Mulvaney, & Carpenter, LLP,    Three Gateway Center,    100 Mulberry Street,
               Newark, NJ 07102-4056
aty           Norris McLaughlin & Marcus,    721 Route 202-206,    P.O. Box 1018,    Somerville, NJ  08876-1018
```

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 03, 2008**                         **Signature:** _/s/ Joseph Speetjens_